**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **VILLAS DEL MAR HAU, INC.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0387577** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **CARR. 466 KH 8.9 BO.  BUJARAS ISABELA, PR 00662** <br> Number, Street, City, State & ZIP Code | **PO BOX 510 ISABELA, PR 00662** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **ISABELA** <br> County | **Location of principal assets, if different from principal place of business** <br> **CARR 466, KM8.5, BO BAJURA ISABELA, PR 00662** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
____

---

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| 11. | **Why is the case filed in _this district?_** | _Check all that apply:_ |
|---|---|---|

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. |

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | _Check one:_ |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | | | |
|---|---|---|---|---|
| | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

---

| 15. | **Estimated Assets** | | | |
|---|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,000 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,000 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | | | |
|---|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,000 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

█ **Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 22, 2015**
MM / DD / YYYY

**X** **/s/ MYRNA HAU RODRIGUEZ**                          **MYRNA HAU RODRIGUEZ**
Signature of authorized representative of debtor          Printed name

Title   **PRESIDENT / OWNER**

**18. Signature of attorney**   **X** **/s/ VICTOR GRATACOS-DIAZ**          Date **December 22, 2015**
Signature of attorney for debtor                               MM / DD / YYYY

**VICTOR GRATACOS-DIAZ**
Printed name

**GRATACOS LAW FIRM, P.S.C.**
Firm name

**PO BOX 7571**
**CAGUAS, PR 00726**
Number, Street, City, State & ZIP Code

Contact phone   **(787) 746-4772**      Email address   **bankruptcy@gratacoslaw.com**

**127906**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **VILLAS DEL MAR HAU, INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 22, 2015**     X **/s/ MYRNA HAU RODRIGUEZ**
                                                     Signature of individual signing on behalf of debtor

                                                     **MYRNA HAU RODRIGUEZ**
                                                     Printed name

                                                     **PRESIDENT / OWNER**
                                                     Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name | **VILLAS DEL MAR HAU, INC.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AAA PO BOX 70101 SAN JUAN, PR 00936-8101** | | **UTILITY DEBT** | | | | **$2,274.38** |
| **AMERICAN EXPRESS BANKRUPTCY PROCESING PO BOX 1270 NEWARK, NJ 07101-1270** | | **CREDIT CARD DEBT** | | | | **$10,309.56** |
| **BANCO DESARROLLO ECONOMICO PO BOX 2134 SAN JUAN, PR 00922-2134** | | **LOT OF LAND LOCATED AT BAJURAS WARD OF ISABELA, COMPOSED OF 8 ROPES 3 SQUARES AND 1/8 OF A SQUARE** | | **$1,927,203.20** | **$2,000,000.00** | **$1,927,203.20** |
| **BANCO POPULAR DE PUERTO RICO PO BOX 362708 SAN JUAN, PR 00936-2708** | | **LOT OF LAND LOCATED AT BAJURAS WARD OF ISABELA, COMPOSED OF 8 ROPES 3 SQUARES AND 1/8 OF A SQUARE** | | **$1,422,992.60** | **$2,000,000.00** | **$419,287.93** |
| **CPA ARMANDO AVILES PO BOX 5000 SUITE 867 AGUADA, PR 00602** | | | | | | **$1,290.00** |
| **CYNDI MILLER AIRD 15 FERRY ROAD OLD LYME, CT 06371** | | | | | | **$2,800.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **VILLAS DEL MAR HAU, INC.**
_____
Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEPARTAMENTO DEL TRABAJO SECCION DE CONTRIBUCCIONES PO BOX 191020 SAN JUAN, PR 00919-1020 | | LEGAL SUIT FOR INJUSTIFIED DISMISSAL | | | | $4,891.94 |
| FERRETERIA PO BOX 4003 AGUADILLA, PR 00605 | | | | | | $8,763.49 |
| GREEN COOLER ADUANA ESQ. ST, 101 MAYAGUEZ, PR 00681-8093 | | | | | | $2,500.00 |
| HOME DEPOT PO BOX 182676 COLUMBUS, OH 43218-2676 | | | | | | $2,804.42 |
| IPFS CORPORATION PO BOX 9777 SAN JUAN, PR 00908-0777 | | | | | | $21,172.95 |
| KENNETH DE STEFANO CENTRAL SQUARE 199 NEW ROAD SUITE 55 LIMWOOD, NEW JERSEY LINWOOD, NJ 08221 | | | | | | $2,054.28 |
| KEY MANAGEMENT GROUP CENTRAL SQUARE 199 NEW ROAD SUITE 55 LIMWOOD, NEW JERSEY LINWOOD, NJ 08221 | | | | | | $2,354.22 |
| MUNOZ BENITEZ PERAL & BRUGUERAS PO BOX 19179 SAN JUAN, PR 00919-1979 | | | | | | $11,565.48 |
| PATIO DESIGN CARR NUM 2 KM 115.4 ISABELA, PR 00662 | | | | | | $2,180.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **VILLAS DEL MAR HAU, INC.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PUERTO RICO TOURISM COMPANY PO BOX 9024000 SAN JUAN, PR 00902-2400** | | | | | | **$25,000.00** |
| **QUALITY PRINTERS BOX 749 NEW LONDON, CT 06320** | | | | | | **$1,478.52** |
| **REPRESENTACION ES BORINQUENAS INC PO BOX 139 AGUAS BUENAS, PR 00703** | | | | | | **$928.88** |
| **SERVICIOS SANITARIOS NOROESTE PO BOX 123 SAN ANTONIO, PR 00690** | | | | | | **$2,192.00** |
| **WESTERN PAPER PO BOX 3996 AGUADILLA, PR 00605** | | | | | | **$1,182.28** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **VILLAS DEL MAR HAU, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a.   **Real property:**
      Copy line 88 from *Schedule A/B*................................................................................   $   **3,500,000.00**

   1b.   **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................   $   **301,103.93**

   1c.   **Total of all property:**
      Copy line 92 from *Schedule A/B*.............................................................................   $   **3,801,103.93**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **4,355,491.13**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................   $   **4,891.94**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................   +$   **108,838.21**

4.   **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                                              $   **4,469,221.28**

**Fill in this information to identify the case:**

Debtor name      **VILLAS DEL MAR HAU, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$500.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **CHECKING**<br>**Last 4 digits of Acc# : 0708**<br>**BANCO SANTANDER** | **CHECKING** | 0708 | **$16,704.68** |
| 3.2.. | **CHECKING**<br>**Last 4 digits of Acc# : 5684**<br>**BANCO POPULAR DE PUERTO RICO** | **CHECKING** | 5684 | **$2,841.25** |
| 3.3.. | **CHECKING**<br>**Last 4 digits of Acc# : 9240**<br>**ORIENTAL BANK** | **CHECKING** | 9240 | **$481.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

|  | $20,526.93 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **VILLAS DEL MAR HAU, INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** HOTEL ROOMS INVENTORY; SEE ATTACHED DOCUMENT FOR DETAILS | NOVEMBER 30, 2015 | $0.00 | N/A | $171,608.00 |
| | FRONT DESK; SEE ATTACHED DOCUMENT FOR DETAILS | NOVEMBER 30, 2015 | $0.00 | | $15,985.00 |
| | HOUSEKEEPING INVENTORY; SEE ATTACHED DOCUMENT FOR DETAILS | NOVEMBER 30, 2015 | $0.00 | N/A | $41,341.00 |
| | HOTEL EQUIPMENT; SEE ATTACHED DOCUMENT FOR DETAILS | NOVEMBER 30, 2015 | $0.00 | N/A | $26,272.00 |

| 23. | **Total of Part 5.** | | $255,206.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **VILLAS DEL MAR HAU, INC.**                              Case number *(If known)* _____
Name

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes Fill in the information below.

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1..  **2007 FORD F-150, COLOR: DARK GREEN, TWO DOOR** | $0.00 | N/A | $3,785.00 |
| 47.2..  **2011 TOYOTA TACOMA, COLOR: WHITE, DOUBLE CABIN, FOUR DOORS** | $0.00 | | $21,586.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**                                                              | $25,371.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **VILLAS DEL MAR HAU, INC.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. LOT OF LAND LOCATED AT BAJURAS WARD OF ISABELA, COMPOSED OF 8 ROPES 3 SQUARES AND 1/8 OF A SQUARE | 100% OWNERS OF THE CORPORATION | $0.00 | Comparable sale | $2,000,000.00 |
| 55.2. 2ND REAL ESTATE PROPERTY LOCATED AT BAJURAS WARD IN THE MUNICIPALITY OF ISABELA, COMPOSED OF EIGHT ROPES THREE SQUARES AND ONE EIGHTH OF A SQUARE. | 100% OWNER | $0.00 | Comparable sale | $1,500,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $3,500,000.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      **VILLAS DEL MAR HAU, INC.**                                 Case number *(If known)* _____
            Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **VILLAS DEL MAR HAU, INC.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,526.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $255,206.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,371.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $3,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $301,103.93 | + 91b.   $3,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,801,103.93 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

| | HOUSEKEEPING | | |
|---|---|---|---|
| | | | |
| | ITEM | IN INVETORY | TOTAL VALUE |
| 1 | Coffee Maker | 54 | 810.00 |
| 2 | Iron | 8 | 120.00 |
| 3 | Ironing table | 10 | 150.00 |
| 4 | Microwave | 25 | 2,500.00 |
| 5 | Ice Msaker | 10 | 10.00 |
| 6 | Toaster | 16 | 240.00 |
| 7 | blende | 5 | 200.00 |
| 8 | covered tray | 5 | 30.00 |
| 9 | crockery | 1 | 20.00 |
| 10 | cutlery set | 25 | 500.00 |
| 11 | big knives | 32 | 96.00 |
| 12 | tazas | 12 | 12.00 |
| 13 | cups | 20 | 20.00 |
| 14 | big pots | 1 | 15.00 |
| 15 | small pots | 28 | 280.00 |
| 16 | medium pots | 23 | 276.00 |
| 17 | pan | 7 | 105.00 |
| 18 | wine cups | 17 | 17.00 |
| 19 | forks | 80 | 40.00 |
| 20 | sppoons | 56 | 28.00 |
| 21 | table knives | 92 | 36.00 |
| 22 | big spoons | 61 | 61.00 |
| 23 | spatula | 36 | 36.00 |
| 24 | bottle opener | 8 | 16.00 |
| 25 | Cork | 11 | 22.00 |
| 26 | oil lamps | 10 | 10.00 |
| 27 | stainless steal cleaner | 12 | 12.00 |
| 28 | Ironing spray | 1 | 1.00 |
| 29 | mops | 46 | 92.00 |
| 30 | brooms | 46 | 92.00 |
| 31 | picker | 55 | 110.00 |
| 32 | broom sticks | 61 | 61.00 |
| 33 | picker sticks | 55 | 55.00 |
| 34 | tooth brush | 46 | 46.00 |
| 35 | toilet pomp | 3 | 6.00 |
| 36 | gloves | 12 | 36.00 |
| 37 | spray for sofas | 15 | 20.00 |
| 38 | easy off | 16 | 38.00 |
| 39 | plastic bathroom curtains | 62 | 186.00 |
| 40 | cloth bathroom curtains | 48 | 720.00 |
| 41 | lestoil | 4 | 16.00 |
| 42 | vel (galon) | 8 | 30.00 |
| 43 | bags 33*38 | 4 | 30.00 |
| 44 | bags 24*24 | 7 | 30.00 |

| 45 | Handy wipes | 1 | 2.00 |
|---|---|---|---|
| 46 | soap | 3pqt | 150.00 |
| 47 | shampoo | 3 pqt | 150.00 |
| 48 | small trash can | 46 | 184.00 |
| 49 | big trash can | 46 | 460.00 |
| 50 | mop bucket | 46 | 230.00 |
| 51 | hanger | 6 | 6.00 |
| 52 | comforters | 13 | 195.00 |
| 53 | t.v plasma | 46 | 16,100.00 |
| 54 | regular pillows | 228 | 1,140.00 |
| 55 | kings sized pillows | 23 | 161.00 |
| 56 | king comforter | 10 | 700.00 |
| 57 | queen comforter | 60 | 3,000.00 |
| 58 | full comforter | 13 | 520.00 |
| 59 | comfort twin | 30 | 900.00 |
| 60 | king beed sheet | 26 | 390.00 |
| 61 | queen bed sheets | 78 | 936.00 |
| 62 | twin bed sheets | 49 | 490.00 |
| 63 | cover king | 15 | 225.00 |
| 64 | cover queen | 86 | 1,032.00 |
| 65 | cover twin | 65 | 650.00 |
| 66 | regular towels | 263 | 1,841.00 |
| 67 | floor towels | 91 | 455.00 |
| 68 | hand towels | 87 | 435.00 |
| 69 | face towels | 110 | 330.00 |
| 70 | beach towels | 20 | 300.00 |
| 71 | play yard | 5 | 250.00 |
| 72 | paper towel | 17 | 34.00 |
| 73 | potato pealer | 1 | 3.00 |
| 74 | short knives | 10 | 30.00 |
| 75 | small strainer | 3 | 6.00 |
| 76 | clorox | 1 | 3.00 |
| 77 | toilet paper | 1 box | 30.00 |
| 78 | meat utinsils | 6 | 18.00 |
| 79 | spaguetti spatula | 10 | 30.00 |
| 80 | meat scissor | 1 | 3.00 |
| 81 | Big spoon for Beans | 61 | 120.00 |
| 82 | king sheath | 40 | 200.00 |
| 83 | regular sheath | 304 | 912.00 |
| 84 | mold remover | 3 | 15.00 |
| 85 | cover full | 41 | 164.00 |
| 86 | full sheats | 7 | 70.00 |
| 87 | lamps | 30 | 1,200.00 |
| 88 | meat pin | 6 | 20.00 |
| 89 | bbq pins | 6 | 20.00 |

**TOTAL**                              $      41,341.00

## FRONT DESK

| | | |
|---|---|---|
| 1 | 3 Piece sofa | $ 600.00 |
| 1 | middle table | $ 100.00 |
| 1 | big rug | $ 50.00 |
| 1 | small rug | $ 30.00 |
| 2 | small paitings | $ 200.00 |
| 3 | big paintings | $ 4,500.00 |
| 1 | wooden cabinet | $ 100.00 |
| 6 | sofa cushins | $ 100.00 |
| 1 | fire extenguisher | $ 35.00 |
| 6 | computer | $ 3,000.00 |
| 2 | desks | $ 1,000.00 |
| 1 | monitor | $ 100.00 |
| 1 | wooden furniture | $ 450.00 |
| 2 | file drawer | $ 80.00 |
| 1 | bif file drawer | $ 400.00 |
| 5 | back up batteries | $ 375.00 |
| 1 | small fridge | $ 100.00 |
| 2 | metal tablets | $ 100.00 |
| 1 | safe | $ 40.00 |
| 2 | printers | $ 300.00 |
| 2 | wicker seat | $ 120.00 |
| 1 | desk seat | $ 25.00 |
| 1 | seat | $ 40.00 |
| 1 | half moon wooden table | $ 50.00 |
| 1 | restroom kit | $ 30.00 |
| 1 | paper hand towel | $ 20.00 |
| 4 | air conditioner | $ 3,000.00 |
| 1 | wooden stool | $ 30.00 |
| 1 | walkie talkies | $ 40.00 |
| 1 | finger puncher | $ 500.00 |
| 1 | computer monitor | $ 100.00 |
| 1 | coffee maker | $ 10.00 |
| 1 | wicker love seat | $ 100.00 |
| 6 | plastic office seats | $ 180.00 |
| 1 | wicker table | $ 80.00 |
| | TOTAL | $15,985.00 |

# Inventory List ☑

| HOTEL EQUIPMENT | |
|---|---|
| **Name** | **Value** |
| 1 | VACUM CLEANER | $ 125.00 |
| 2 | WRENCH | $ 300.00 |
| 3 | WRENCH TO CUT TREES | $ 180.00 |
| 4 | SLAB CUTTING MACHINE | $ 128.00 |
| 5 | CONSTRUCTION LEVELS | $ 75.00 |
| 6 | PAINTING ROLLS | $ 47.00 |
| 7 | SCREW BOX | $ 25.00 |
| 8 | ROUTER KIT | $ 55.00 |
| 9 | router table | $ 125.00 |
| 10 | PACAKAGE OF STREAMERS | $ 65.00 |
| 11 | LIGHT BULBS | $ 66.00 |
| 12 | ELECTRIC WRENCH | $ 40.00 |
| 13 | VARIETY OF SLABS | $ 700.00 |
| 14 | TOTAL | $ 1,931.00 |

15

16                    11/30/2015

17

18

19

# Inventory List

| HOTEL EQUIPMENT | |
|---|---|
| **Name** | **Value** |
| 1 | PAINT  DC-3046-2 | $ 95.00 |
| 2 | PAINT DC-3046-2 | $ 47.50 |
| 3 | PAINT DC-3046-2 | $ 95.00 |
| 4 | PAINT  VERDE PISO | $ 95.00 |
| 5 | PAINT  CAB 4, 5 | $ 95.00 |
| 6 | PITCH | $ 285.00 |
| 7 | ULTRA SILICONAIZAER | $ 95.00 |
| 8 | LIQUID PITCH | $ 95.00 |
| 9 | IVORY PAINT | $ 190.00 |
| 10 | SKY BLUE PAINT | $ 95.00 |
| 11 | COMPOUND | $ 40.00 |
| 12 | CLEAR MULTI SURFACE | $ 38.00 |
| 13 | BROWN OLD PAINT | $ 210.00 |
| 14 | Thomson PAINT | $ 120.00 |
| 15 | WHITE LATEX PAINT | $ 95.00 |
| 16 | WHITE PAINT | $ 54.00 |
| 17 | VARNISH CLEAR PAINT | $ 108.00 |
| 18 | WHTE OIL PAINT | $ 112.00 |
| 19 | TINTS | $ 120.00 |
| 20 | HYDRAULIC OIL | $ 80.00 |
| 21 | BIG WATER PUMP | $ 600.00 |
| 22 | WATR PRESSURE MACHINE | $ 400.00 |
| 23 | SHINGER PACKAGES | $ 468.00 |
| 24 |  20" STAIR | $ 200.00 |

| | | | |
|---|---|---|---|
| 25 | DECORATIVE COLUMN | $ | 50.00 |
| 26 | DECORATIVE POTS | $ | 30.00 |
| 27 | DECORATIVE HANDRAIL | $ | 50.00 |
| 28 | POTQ | $ | 20.00 |
| 29 | GRAY AWNINGS | $ | 20.00 |
| 30 | WRENCH | $ | 350.00 |
| 31 | PVC PIPES | $ | 17.50 |
| 32 | BARBED WIRE ROLL | $ | 25.00 |
| 33 | PLUSH ROLLS | $ | 80.00 |
| 34 | BAGS OF CEMENT | $ | 77.00 |
| 35 | PVC 3" PIPES | $ | 12.00 |
| 36 | PVC 2" PIPES | $ | 8.00 |
| | TOTAL | $ | 4,572.00 |

11/30/2015

# Inventory List  ☑

## HOTEL EQUIPMENT

| | Name | Value |
|---|---|---|
| 1 | taladro electrico makita | $ 130.00 |
| 2 | SOSO MIWKER | $ 128.00 |
| 3 | lijadoras makita | $ 70.00 |
| 4 | router ryobi | $ 60.00 |
| 5 | soso ryobi inalambrico | $ 40.00 |
| 6 | sierra de mano makita | $ 150.00 |
| 7 | cortadora de loza | $ 40.00 |
| 8 | bomba de agua | $ 250.00 |
| 9 | Grender electrico | $ 125.00 |
| 10 | sierra de bateria ryobi inalambrica | $ 40.00 |
| 11 | ship and hammer | $ 350.00 |
| 12 | careta de ensoldar | $ 60.00 |
| 13 | pistola de clavo | $ 125.00 |
| 14 | extensiones electricas | $ 50.00 |
| 15 | compresor pequeño | $ 160.00 |
| 16 | spray blanco | $ 56.00 |
| 17 | aceite | $ 12.00 |
| 18 | aceite para cadenas | $ 2.50 |
| 19 | tornillos tap com 2/4 | $ 1.25 |
| 20 | bombillas de espiera para focos | $ 90.00 |
| 21 | cerraduras con llave sencilla | $ 60.00 |
| 22 | disco de pulidora | $ 16.00 |
| 23 | valvulas | $ 18.00 |
| 24 | calentador electrico | $ 208.00 |

| | | | |
|---|---|---|---|
| 25 | mezcladoras lavamano | $ | 36.00 |
| 26 | mezcladoras fregadero | $ | 72.00 |
| 27 | caja de guantes | $ | 48.00 |
| 28 | cajas de bolsa basura | $ | 144.00 |
| 29 | nevera grande | $ | 120.00 |
| 30 | nevera mediana | $ | 180.00 |
| 31 | neveras pequeñas | $ | 160.00 |
| 32 | BBQ | $ | 80.00 |
| 33 | compresor | $ | 250.00 |
| 34 | compactadora | $ | 600.00 |
| 35 | sierra de angulo | $ | 128.00 |
| 36 | piedra esmeril | $ | 60.00 |
| 37 | neveras pequeñas | $ | 200.00 |
| 38 | escaleras | $ | 520.00 |
| 39 | manguera | $ | 50.00 |
| 40 | horno microhonda | $ | 325.00 |
| 41 | donas inodoro | $ | 12.00 |
| 42 | caulking | $ | 55.25 |
| 43 | rollo tensor | $ | 55.00 |
| 44 | liquido destapar inodoro | $ | 70.00 |
| 45 | lamparas | $ | 120.00 |
| 46 | escalera doble | $ | 350.00 |
| 47 | operadores de ventana | $ | 87.50 |
| 48 | aires portatiles | $ | 675.00 |
| 49 | hanger para puertas | $ | 7.00 |
| 50 | mattres pequeños | $ | 1,700.00 |
| 51 | blower | $ | 400.00 |
| 52 | tapas de toilet | $ | 60.00 |
| 53 | vaccum cleaner | $ | 120.00 |

| 54 | abanicos | $ | 80.00 |
| 55 | taladros inalambricos | $ | 400.00 |
| 56 | maron | $ | 36.00 |
| 57 | barra | $ | 30.00 |
| 58 | picota | $ | 50.00 |
| 59 | palo de gancho | $ | 5.00 |
| 60 | carretilla truper azul | $ | 55.00 |
| 61 | goznes 3" | $ | 55.00 |
| 62 | rolo | $ | 10.00 |
| 63 | brocha 2.5" | $ | 10.00 |
| 64 | brocha 3" | $ | 10.50 |
| 65 | pistola de pintar | $ | 36.00 |
| 66 | manecilla inodoro | $ | 25.00 |
| 67 | mineral spirits gl Lanco | $ | 24.00 |
| 68 | barra una curva 30" | $ | 38.00 |
| 69 | flexible mezcladora | $ | 30.00 |
| 70 | porta candado | $ | 16.00 |
| 71 | set de candado | $ | 12.00 |
| 74 | kit mezcladora delta | $ | 48.00 |
| 75 | receptaculo doble | $ | 20.00 |
| 76 | rastrillos | $ | 24.00 |
| 77 | tijera | $ | 40.00 |
| 78 | sapo inodoro | $ | 12.00 |
| 79 | lija de metal 220 | $ | 20.00 |
| 80 | lija de metal 320 | $ | 12.00 |
| 81 | lapiz carpintero | $ | 4.00 |
| 82 | capas de agua | $ | 18.00 |
| | TOTAL | $ | 10,047.00 |

11/30/2015

# Inventory List ☑

| HOTEL EQUIPMENT | |
|---|---|
| **Name** | **Value** |
| 1 nightstand | $ 120.00 |
| 2 seats | $ 375.00 |
| 3 machimbre | $ 800.00 |
| 4 vitrina | $ 50.00 |
| 5 rollo de alambre de pua | $ 60.00 |
| 6 tiki | $ 100.00 |
| 7 maquina de cortar jamon pequeño | $ 48.00 |
| 8 tordo gris | $ 30.00 |
| 9 puerta de closet | $ 120.00 |
| 10 espejo de coqueta | $ 40.00 |
| 11 ATM | $ 5,000.00 |
| 12 juego de sala | $ 900.00 |
| 13 sierra de cortar arboles | $ 180.00 |
| 14 tope de baño | $ 280.00 |
| 15 lamparas | $ 30.00 |
| 16 seco pegar loza | $ 22.00 |
| 17 deep frying | $ 50.00 |
| 18 sillas reclinables | $ 150.00 |
| 19 lechada | $ 18.00 |
| TOTAL | $ 8,373.00 |

11/30/2015

# Inventory List

☑ Highlight Itemo reorder?

| | HOTEL EQUIPMENT | |
|---|---|---|
| | **Name** | **Value** |
| 1 | windows and doors | $ 2,825.00 |
| 2 | play set | $ 200.00 |
| 3 | acrylic panel | $ 450.00 |
| 4 | Gibson Board panels | $ 286.00 |
| 5 | residence furniture | $ 1,200.00 |
| 6 | backplates | $ 960.00 |
| 7 | TOTAL | $ 5,921.00 |
| 8 | | |
| 9 | 11/30/2015 | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |

# FRONT DESK

| | | |
|---|---|---:|
| 1 | 3 Piece sofa | $ 600.00 |
| 1 | middle table | $ 100.00 |
| 1 | big rug | $ 50.00 |
| 1 | small rug | $ 30.00 |
| 2 | small paitings | $ 200.00 |
| 3 | big paintings | $ 4,500.00 |
| 1 | wooden cabinet | $ 100.00 |
| 6 | sofa cushins | $ 100.00 |
| 1 | fire extenguisher | $ 35.00 |
| 6 | computer | $ 3,000.00 |
| 2 | desks | $ 1,000.00 |
| 1 | monitor | $ 100.00 |
| 1 | wooden furniture | $ 450.00 |
| 2 | file drawer | $ 80.00 |
| 1 | bif file drawer | $ 400.00 |
| 5 | back up batteries | $ 375.00 |
| 1 | small fridge | $ 100.00 |
| 2 | metal tablets | $ 100.00 |
| 1 | safe | $ 40.00 |
| 2 | printers | $ 300.00 |
| 2 | wicker seat | $ 120.00 |
| 1 | desk seat | $ 25.00 |
| 1 | seat | $ 40.00 |
| 1 | half moon wooden table | $ 50.00 |
| 1 | restroom kit | $ 30.00 |
| 1 | paper hand towel | $ 20.00 |
| 4 | air conditioner | $ 3,000.00 |
| 1 | wooden stool | $ 30.00 |
| 1 | walkie talkies | $ 40.00 |
| 1 | finger puncher | $ 500.00 |
| 1 | computer monitor | $ 100.00 |
| 1 | coffee maker | $ 10.00 |
| 1 | wicker love seat | $ 100.00 |
| 6 | plastic office seats | $ 180.00 |
| 1 | wicker table | $ 80.00 |
| | TOTAL | $15,985.00 |

**Fill in this information to identify the case:**

Debtor name    **MYRNA HAU RODRIGUEZ**

     First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **BANCO DESARROLLO ECONOMICO** | | $1,927,203.20 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 2134
SAN JUAN, PR 00922-2134**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2015**

**Last 4 digits of account number
9822**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BANCO POPULAR DE PUERTO RICO
2. BANCO POPULAR DE PUERTO RICO
3. BANCO DESARROLLO ECONOMICO**

**Describe debtor's property that is subject to a lien**

**LOT OF LAND LOCATED AT BAJURAS WARD OF ISABELA, COMPOSED OF 8 ROPES 3 SQUARES AND 1/8 OF A SQUARE**

**Describe the lien**

**COMMERCIAL LOAN DEBT**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.2 | **BANCO POPULAR DE PUERTO RICO** | | $996,295.33 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 362708
SAN JUAN, PR 00936-2708**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**LOT OF LAND LOCATED AT BAJURAS WARD OF ISABELA, COMPOSED OF 8 ROPES 3 SQUARES AND 1/8 OF A SQUARE**

**Describe the lien**

**MORTGAGE LOAN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Debtor 1   **MYRNA HAU RODRIGUEZ**                                Case number (if known) _____

First Name       Middle Name          Last Name

| | |
|---|---|
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9014** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. BANCO POPULAR DE PUERTO RICO** | |
| **2. BANCO POPULAR DE PUERTO RICO** | |
| **3. BANCO DESARROLLO ECONOMICO** | |

---

| 2.3 | **BANCO POPULAR DE PUERTO RICO** | | $1,422,992.60 | $2,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | | **LOT OF LAND LOCATED AT BAJURAS WARD OF ISABELA, COMPOSED OF 8 ROPES 3 SQUARES AND 1/8 OF A SQUARE** | | |
| | **PO BOX 362708** **SAN JUAN, PR 00936-2708** | | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **MORTGAGE LOAN** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **9016** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **1. BANCO POPULAR DE PUERTO RICO** | | | |
| | **2. BANCO POPULAR DE PUERTO RICO** | | | |
| | **3. BANCO DESARROLLO ECONOMICO** | | | |

---

| 2.4 | **TOYOTA FINANCIAL CREDIT** | | $9,000.00 | $21,586.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | | **2011 TOYOTA TACOMA, COLOR: WHITE, DOUBLE CABIN, FOUR DOORS** | | |
| | **PO BOX 366251** **SAN JUAN, PR 00936-6251** | | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **VEHICLE LOAN DEBT** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **2011** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor 1 **MYRNA HAU RODRIGUEZ**       Case number (if know) _____

First Name      Middle Name      Last Name

**Last 4 digits of account number**

5942

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$4,355,491.13**

---

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | Line | |

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **VILLAS DEL MAR HAU, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets – Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **4,891.94** | $ **0.00** |
|---|---|---|---|

**DEPARTAMENTO DEL TRABAJO
SECCION DE CONTRIBUCCIONES
PO BOX 191020
SAN JUAN, PR 00919-1020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**LEGAL SUIT FOR INJUSTIFIED DISMISSAL**

Last 4 digits of account
number **1215**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,274.38** |
|---|---|---|

**AAA
PO BOX 70101
SAN JUAN, PR 00936-8101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **UTILITY DEBT**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    51025                    Best Case Bankruptcy

Debtor 1    **MYRNA HAU RODRIGUEZ**                     Case number (if know) _____

First Name            Middle Name             Last Name

---

| Date or dates debt was incurred | 2015 | Is the claim subject to offset? |
| Last 4 digits of account number | 3410 | ■ No |
| | | ☐ Yes |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 10,309.56

AMERICAN EXPRESS
BANKRUPTCY PROCESING
PO BOX 1270
NEWARK, NJ 07101-1270

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    CREDIT CARD DEBT

| Date or dates debt was incurred | 2015 | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No |
| | | ☐ Yes |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 472.00

CARIBEAN HOTEL SUPPLIES
PO BOX 3687
MAYAGUEZ, PR 00681

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | 2015 | Is the claim subject to offset? |
| Last 4 digits of account number | 0190 | ■ No |
| | | ☐ Yes |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 84.50

CENTRO GAS HIRAM INC
APART. 623
AGUADA, PR 00602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | 2015 | Is the claim subject to offset? |
| Last 4 digits of account number | B563 | ■ No |
| | | ☐ Yes |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 919.00

---

Debtor 1   **MYRNA HAU RODRIGUEZ**

First Name              Middle Name                    Last Name                      Case number (if know) _____

**CON WASTE**
**PO BOX 1322**
**GURABO, PR 00778**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **6054**

---

| 3.6 | | | $ 1,290.00 |

**Nonpriority creditor's name and mailing address**
**CPA ARMANDO AVILES**
**PO BOX 5000 SUITE 867**
**AGUADA, PR 00602**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

- ■ No

Last 4 digits of account number  _____

- ☐ Yes

---

| 3.7 | | | $ 2,800.00 |

**Nonpriority creditor's name and mailing address**
**CYNDI MILLER AIRD**
**15 FERRY ROAD**
**OLD LYME, CT 06371**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

- ■ No

Last 4 digits of account number   **VDMH**

- ☐ Yes

---

| 3.8 | | | $ 846.00 |

**Nonpriority creditor's name and mailing address**
**ECOSAN ENVIORNMENTAL SERVICES,**
**INC.**
**PO BOX 8093**
**MAYAGUEZ, PR 00681-8093**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Debtor 1   **MYRNA HAU RODRIGUEZ**

First Name          Middle Name          Last Name

Case number (if know) _____

| | | |
|---|---|---|
| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | _____ | ☐ Yes |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|
| | **EXPEDIA** | Check all that apply. | |
| | **333 108TH AVE NE** | ☐ Contingent | |
| | **BELLEVUE, WA 98004** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | _____ | | |
| | | **Basis for the claim:** _____ | |

| | | |
|---|---|---|
| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **5599** | ☐ Yes |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **8,763.49** |
|---|---|---|---|
| | **FERRETERIA** | Check all that apply. | |
| | **PO BOX 4003** | ☐ Contingent | |
| | **AGUADILLA, PR 00605** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | _____ | | |
| | | **Basis for the claim:** _____ | |

| | | |
|---|---|---|
| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | **2011** | ☐ Yes |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **147.91** |
|---|---|---|---|
| | **GP HANGER DIST.** | Check all that apply. | |
| | **URB VISTA AZUL HH 21 3rd ST.** | ☐ Contingent | |
| | **ARECIBO, PR 00612** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | _____ | | |
| | | **Basis for the claim:** _____ | |

| | | |
|---|---|---|
| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| | | ■ No |
| Last 4 digits of account number | _____ | ☐ Yes |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,500.00** |
|---|---|---|---|

Debtor 1   **MYRNA HAU RODRIGUEZ**

First Name            Middle Name            Last Name

Case number (if know) _____

**GREEN COOLER**
**ADUANA ESQ. ST, 101**
**MAYAGUEZ, PR 00681-8093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **2,804.42** |
|------|---|---|---|---|

**HOME DEPOT**
**PO BOX 182676**
**COLUMBUS, OH 43218-2676**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number **9999**

■ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **21,172.95** |
|------|---|---|---|---|

**IPFS CORPORATION**
**PO BOX 9777**
**SAN JUAN, PR 00908-0777**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number **0593**

■ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **685.70** |
|------|---|---|---|---|

**JEFFREY ABREU**
**EL REY NO 28 ST**
**ISABELA, PR 00662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Debtor 1   **MYRNA HAU RODRIGUEZ**                                    Case number *(if know)* _____
　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ☒ No
　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 423.15 |

**JOHNYS POOL**
**PMB 655 PO BOX 5000**
**CAMUY, PR 00627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number **9629**             ☒ No
　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 680.00 |

**JOSE SAITER**
**PO BOX 1814**
**COROZAL, PR 00783**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ☒ No
　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,054.28 |

**KENNETH DE STEFANO**
**CENTRAL SQUARE 199 NEW ROAD**
**SUITE 55 LIMWOOD, NEW JERSEY**
**LINWOOD, NJ 08221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     Is the claim subject to offset?

Last 4 digits of account number _____     ☒ No
　　　　　　　　　　　　　　　　　　　　　　　　　　☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,354.22 |

---

Debtor 1 **MYRNA HAU RODRIGUEZ**

      First Name          Middle Name          Last Name

Case number *(if know)* _____

---

**KEY MANAGEMENT GROUP**
**CENTRAL SQUARE 199 NEW ROAD**
**SUITE 55 LIMWOOD, NEW JERSEY**
**LINWOOD, NJ 08221**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **11,565.48** |

**MUNOZ BENITEZ PERAL & BRUGUERAS**
**PO BOX 19179**
**SAN JUAN, PR 00919-1979**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **290.71** |

**O'BRIAM ACEVEDO RAMOS**
**A 137 ST**
**AGUADILLA, PR 00603**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **635.00** |

**OFFICIAL SINGS**
**PO BOX 19807**
**SAN JUAN, PR 00910-2899**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

---

Debtor 1   **MYRNA HAU RODRIGUEZ**

First Name         Middle Name         Last Name

Case number (if know)

---

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.23 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**OLMEDA DISTRIBUTORS**
**PO BOX 2115**
**AGUADA, PR 00602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 303.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.24 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**PATIO DESIGN**
**CARR NUM 2 KM 115.4**
**ISABELA, PR 00662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,180.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.25 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**PITNEY BOWES PR, INC.**
**PO BOX 1162**
**ATLANTA, GA 30353-8540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 528.78

Date or dates debt was incurred

Last 4 digits of account number   **4400**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.26 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ 475.00

---

Debtor 1    **MYRNA HAU RODRIGUEZ**

First Name          Middle Name                    Last Name

Case number (if know)

---

**PPG ARCHITECTURAL COATINGS**
**PO BOX 538540**
**ATLANTA, GA 30353-8540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **1252**

---

| 3.27 | | | $ **25,000.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**PUERTO RICO TOURISM COMPANY**
**PO BOX 9024000**
**SAN JUAN, PR 00902-2400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **0053**

---

| 3.28 | | | $ **1,478.52** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**QUALITY PRINTERS**
**BOX 749**
**NEW LONDON, CT 06320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **RAID**

---

| 3.29 | | | $ **928.88** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**REPRESENTACIONES BORINQUENAS INC**
**PO BOX 139**
**AGUAS BUENAS, PR 00703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor 1 **MYRNA HAU RODRIGUEZ**

      First Name       Middle Name       Last Name

Case number *(if know)* _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.30**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,192.00** |
| **SERVICIOS SANITARIOS NOROESTE** | *Check all that apply.* | |
| **PO BOX 123** | ☐ Contingent | |
| **SAN ANTONIO, PR 00690** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred **2015** | Is the claim subject to offset? | |
| | ■ No | |
| Last 4 digits of account number _____ | ☐ Yes | |

---

**3.31**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **209.28** |
| **SHERWIN WILLIAMS** | *Check all that apply.* | |
| **AVE. MILITAR 2960** | ☐ Contingent | |
| **ISABELA, PR 00662** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred **2015** | Is the claim subject to offset? | |
| | ■ No | |
| Last 4 digits of account number **1231** | ☐ Yes | |

---

**3.32**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **900.00** |
| **WAYNE GOODMAN** | *Check all that apply.* | |
| **18 MALARON CIRCLE,** | ☐ Contingent | |
| **EGG HARBOUR TOWNSHIP, NJ 08234** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred **2015** | Is the claim subject to offset? | |
| | ■ No | |
| Last 4 digits of account number _____ | ☐ Yes | |

---

**3.33**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,182.28** |

---

Debtor 1   **MYRNA HAU RODRIGUEZ**
_____   _____   _____   Case number _(if know)_ _____
First Name          Middle Name          Last Name

**WESTERN PAPER**
**PO BOX 3996**
**AGUADILLA, PR 00605**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.34 | Nonpriority creditor's name and mailing address | | $ | **301.53** |

**ZEE MEDICAL SERVICE**
**URB SAGRADO CORAZON376**
**SAN JUAN, PR 00926-4107**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred **2015**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.35 | Nonpriority creditor's name and mailing address | | $ | **86.19** |

**ZOL PR**
**PO BOX 191369**
**SAN JUAN, PR 00919**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred **2015**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
| --- | --- |

Debtor 1   **MYRNA HAU RODRIGUEZ**

First Name          Middle Name          Last Name          Case number (if know) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 4,891.94 |
| **5b. Total claims from Part 2** | 5b. + | $ 108,838.21 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 113,730.15 |

| Fill in this information to identify the case: |
|---|

Debtor name    **VILLAS DEL MAR HAU, INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **EXCHANGE OF SERVICE BETWEEN THE RESTAURANT AND THE HOTEL RENTAL SERVICES. NO PAYMENTS ARE DONE BECAUSE SERVICES ARE MUTUAL.** | |
| | State the term remaining | **1 YEAR** | |
| | List the contract number of any government contract | _____ | **OLAS Y ARENA RESTAURANT SECTOR BUJURAS RD 466 MONTONES BEACH ISABELA, PR 00662** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **VILLAS DEL MAR HAU, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **MYRNA HAU RODRIGUEZ** | **PO BOX 510** **Isabela, PR 00662** **CO-SIGNER AT BCO. POPUALR AND BCO DESARROLLO** | **BANCO DESARROLLO ECONOMICO** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **MYRNA HAU RODRIGUEZ** | **PO BOX 510** **Isabela, PR 00662** | **BANCO POPULAR DE PUERTO RICO** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 **MYRNA HAU RODRIGUEZ** | **PO BOX 510** **ISABELA, PR 00662** **CO-SIGNER** | **TOYOTA FINANCIAL CREDIT** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **VILLAS DEL MAR HAU, INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,559,000.00** |
| **For prior year:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$1,917,642.00** |
| **For year before that:**<br>From **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other _____ | **$1,837,221.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **VILLAS DEL MAR HAU, INC.**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **BANCO POPULAR DE PUERTO RICO** PO BOX 362708 SAN JUAN, PR 00936-2708 | **SEPTEMEBR 2015** | **$6,500.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Loan ☐ Other___ |
| 3.2. **BANCO POPULAR DE PUERTO RICO** PO BOX 362708 SAN JUAN, PR 00936-2708 | **OCTOBER 2015** | **$6,500.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Loan ☐ Other___ |
| 3.3. **BANCO POPULAR DE PUERTO RICO** PO BOX 362708 SAN JUAN, PR 00936-2708 | **NOVEMBER 2015** | **$6,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Loan ☐ Other___ |
| 3.4. **IPFS CORPORATION** PO BOX 9777 SAN JUAN, PR 00908-0777 | **SEPTEMBER 2015** | **$7,057.65** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Loan ■ Other **Inusurance Policy** |
| 3.5. **IPFS CORPORATION** PO BOX 9777 SAN JUAN, PR 00908-0777 | **OCTOBER 2015** | **$7,057.65** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Loan ■ Other **INSURANCE POLICY** |
| 3.6. **IPFS CORPORATION** PO BOX 9777 SAN JUAN, PR 00908-0777 | **NOVEMBER 2015** | **$7,057.65** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Loan ■ Other **INSURANCE POLICY** |
| 3.7. **BANCO DESARROLLO ECONOMICO** PO BOX 2134 SAN JUAN, PR 00922-2134 | **SEPTEMBER 2015** | **$8,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Loan ☐ Other___ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **VILLAS DEL MAR HAU, INC.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **BANCO DESARROLLO ECONOMICO** PO BOX 2134 SAN JUAN, PR 00922-2134 | **OCTOBER 2015** | **$8,000.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Loan ☐ Other___ |
| 3.9. **BANCO DESARROLLO ECONOMICO** PO BOX 2134 SAN JUAN, PR 00922-2134 | **NOVEMBER 2015** | **$8,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Loan ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **BANCO POPULAR VS. VILLAS DEL MAR HAU, INC. Y MYRNA HAU RODRIGUEZ A CD2014-0020** | **COLLECTION OF MONIES AND FORECLOSURE** | **TRIBUNAL DE PRIMERA INSTANCIA AGUADILLA PO BOX 1010 AGUADILLA, PR 00605-1010** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **VILLAS DEL MAR HAU, INC.**        Case number *(if known)* _____

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **FELCITIA HERNANDEZ ACEVEDO VS PARADOR VILLAS DEL MAR HAU, INC.** A3-D4-DP-0012-15 | **INJUSTUFIED DISMISSAL** | **DEPARTAMENTO DEL TRABAJO NEGOCIADO DE NORMA DE TRABAJO** PO BOX 250487 **Aguadilla, PR 00604-0487** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **VILLAS DEL MAR HAU, INC.**                                Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **GRATACOS LAW FIRM, P.S.C. LCDO. VICTOR GRATACOS DIAZ PO BOX 7571 CAGUAS, PR 00725** | | **DECEMBER 2015** | **$9,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

Debtor  **VILLAS DEL MAR HAU, INC.**                                    Case number *(if known)* _____

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **VILLAS DEL MAR HAU, INC.**                                  Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **VILLAS DEL MAR HAU, INC. CARR 466, KM8.5, BO BAJURA ISABELA, PR 00662** | **HOTEL RENTAL SERVICE** | **Dates business existed** <br> EIN:  **660387577** <br> From-To  **1980 UP TO PRESENT** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **ARMANDO AVILES PO BOX 5000 SUITE 867 AGUADA, PR 00602** | **2003 UP TO AUGUST 2015** |
| 26a.2.  **CARRASQUILLO CPA GROUP, P.S.C. URB. DELGADO TROCHE AVE. V-14 CAGUAS, PR 00725** | **SEPTEMBER 2015 UP TO PRESENT** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor   **VILLAS DEL MAR HAU, INC.**

Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **ARMANDO AVILES** **PO BOX 5000 SUITE 867** **AGUADA, PR 00602** | **2003 TO 2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **BANCO POPULAR DE PUERTO RICO** **PO BOX 362708** **SAN JUAN, PR 00936-2708** |
| 26d.2. **BANCO DESARROLLO ECONOMICO** **PO BOX 2134** **SAN JUAN, PR 00922-2134** |

27. **Inventories**

List any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **MIRAIDA MIRANDA** | **NOVEMBER 30, 2015** | **HOTEL ROOMS INVENTORY $171,608.00, SEE ATTACHED** |
| | Name and address of the person who has possession of inventory records **VILLAS DEL MAR HAU** **CARR. 466 KH 8.9 BO.  BUJARAS** **ISABELA, PR 00662** | | |
| 27.2. | **MIRAIDA MIRANDA** | **NOVEMBER 30, 2015** | **FRONT DESK INVENTORY $15,985.00, SEE ATTACHED** |
| | Name and address of the person who has possession of inventory records **VILLAS DEL MAR HAU** **CARR. 466 KH 8.9 BO.  BUJARAS** **ISABELA, PR 00662** | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **VILLAS DEL MAR HAU, INC.**                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.3. | **MIRAIDA MIRANDA** | **NOVEMBER 30, 2015** | **HOUSE KEEPING INVENTORY $41,341.00, SEE ATTACHED** |

| Name and address of the person who has possession of inventory records |
|---|
| **VILLAS DEL MAR HAU<br>CARR. 466 KH 8.9 BO.  BUJARAS<br>ISABELA, PR 00662** |

| | | | |
|---|---|---|---|
| 27.4. | **MIRAIDA MIRANDA** | **NOVEMBER 30, 2015** | **HOTEL EQUIPMENT $26,272, SEE ATTACHED** |

| Name and address of the person who has possession of inventory records |
|---|
| **VILLAS DEL MAR HAU<br>CARR. 466 KH 8.9 BO.  BUJARAS<br>ISABELA, PR 00662** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **VILLAS DEL MAR HAU, INC.**                                Case number *(if known)* _____

---

<span style="background-color:black;color:white">**Part 14:**</span>   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**December 22, 2015**__

**/s/ MYRNA HAU RODRIGUEZ**                              **MYRNA HAU RODRIGUEZ PRESIDENT / OWNER**
_____                       _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   **VILLAS DEL MAR HAU, INC.**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

For legal services, I have agreed to accept ............................................................   $ _____

Prior to the filing of this statement I have received ...........................................   $ _____

Balance Due ......................................................................................................   $ _____

☑   **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................   $      **9,000.00**

The undersigned shall bill against the retainer at an hourly rate of ....................   $        **200.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   $   **1,717.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑   Debtor   ☐   Other (specify):

4.   The source of compensation to be paid to me is:

☑   Debtor   ☐   Other (specify):

5.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re   **VILLAS DEL MAR HAU, INC.**                                       Case No. _____
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 22, 2015**                                          **/s/ VICTOR GRATACOS-DIAZ**
_____             _____
*Date*                                                                      **VICTOR GRATACOS-DIAZ 127906**
                                                      *Signature of Attorney*
                                                      **GRATACOS LAW FIRM, P.S.C.**
                                                      **PO BOX 7571**
                                                      **CAGUAS, PR 00726**
                                                      **(787) 746-4772   Fax: (787) 746-3633**
                                                      **bankruptcy@gratacoslaw.com**
                                                      *Name of law firm*

# United States Bankruptcy Court
### District of Puerto Rico

In re  **VILLAS DEL MAR HAU, INC.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT / OWNER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 22, 2015**

Signature  **/s/ MYRNA HAU RODRIGUEZ**

**MYRNA HAU RODRIGUEZ**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Puerto Rico

In re   **VILLAS DEL MAR HAU, INC.**

                     Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT / OWNER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 22, 2015**

                     **/s/ MYRNA HAU RODRIGUEZ**
                     **MYRNA HAU RODRIGUEZ/PRESIDENT / OWNER**
                     Signer/Title

VILLAS DEL MAR HAU, INC.
PO BOX 510
ISABELA, PR 00662

CON WASTE
PO BOX 1322
GURABO, PR 00778

HOME DEPOT
PO BOX 182676
COLUMBUS, OH 43218-2676

VICTOR GRATACOS-DIAZ
GRATACOS LAW FIRM, P.S.C.
PO BOX 7571
CAGUAS, PR 00726

CPA ARMANDO AVILES
PO BOX 5000 SUITE 867
AGUADA, PR 00602

IPFS CORPORATION
PO BOX 9777
SAN JUAN, PR 00908-0777

AAA
PO BOX 70101
SAN JUAN, PR 00936-8101

CYNDI MILLER AIRD
15 FERRY ROAD
OLD LYME, CT 06371

JEFFREY ABREU
EL REY NO 28 ST
ISABELA, PR 00662

AMERICAN EXPRESS
BANKRUPTCY PROCESING
PO BOX 1270
NEWARK, NJ 07101-1270

DEPARTAMENTO DEL TRABAJO
SECCION DE CONTRIBUCCIONES
PO BOX 191020
SAN JUAN, PR 00919-1020

JOHNYS POOL
PMB 655 PO BOX 5000
CAMUY, PR 00627

BANCO DESARROLLO ECONOMICO
PO BOX 2134
SAN JUAN, PR 00922-2134

ECOSAN ENVIORNMENTAL SERVICES, INC.
PO BOX 8093
MAYAGUEZ, PR 00681-8093

JOSE SAITER
PO BOX 1814
COROZAL, PR 00783

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

EXPEDIA
333 108TH AVE NE
BELLEVUE, WA 98004

KENNETH DE STEFANO
CENTRAL SQUARE 199 NEW ROA
SUITE 55 LIMWOOD, NEW JERSE
LINWOOD, NJ 08221

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

FERRETERIA
PO BOX 4003
AGUADILLA, PR 00605

KEY MANAGEMENT GROUP
CENTRAL SQUARE 199 NEW ROA
SUITE 55 LIMWOOD, NEW JERSE
LINWOOD, NJ 08221

CARIBEAN HOTEL SUPPLIES
PO BOX 3687
MAYAGUEZ, PR 00681

GP HANGER DIST.
URB VISTA AZUL HH 21 3RD ST.
ARECIBO, PR 00612

MUNOZ BENITEZ PERAL & BRU
PO BOX 19179
SAN JUAN, PR 00919-1979

CENTRO GAS HIRAM INC
APART. 623
AGUADA, PR 00602

GREEN COOLER
ADUANA ESQ. ST, 101
MAYAGUEZ, PR 00681-8093

MYRNA HAU RODRIGUEZ
PO BOX 510
ISABELA, PR 00662

MYRNA HAU RODRIGUEZ
PO BOX 510
ISABELA, PR 00662

PUERTO RICO TOURISM COMPANY
PO BOX 9024000
SAN JUAN, PR 00902-2400

ZOL PR
PO BOX 191369
SAN JUAN, PR 00919

MYRNA HAU RODRIGUEZ
PO BOX 510
ISABELA, PR 00662

QUALITY PRINTERS
BOX 749
NEW LONDON, CT 06320

O'BRIAM ACEVEDO RAMOS
A 137 ST
AGUADILLA, PR 00603

REPRESENTACIONES BORINQUENAS INC
PO BOX 139
AGUAS BUENAS, PR 00703

OFFICIAL SINGS
PO BOX 19807
SAN JUAN, PR 00910-2899

SERVICIOS SANITARIOS NOROESTE
PO BOX 123
SAN ANTONIO, PR 00690

OLAS Y ARENA RESTAURANT
SECTOR BUJURAS RD 466 MONTONES BEACH
ISABELA, PR 00662

SHERWIN WILLIAMS
BASE MILITAR 2960
ISABELA, PR 00662

OLMEDA DISTRIBUTORS
PO BOX 2115
AGUADA, PR 00602

TOYOTA FINANCIAL CREDIT
PO BOX 366251
SAN JUAN, PR 00936-6251

PATIO DESIGN
CARR NUM 2 KM 115.4
ISABELA, PR 00662

WAYNE GOODMAN
18 MALARON CIRCLE,
EGG HARBOUR TOWNSHIP, NJ 08234

PITNEY BOWES PR, INC.
PO BOX 1162
ATLANTA, GA 30353-8540

WESTERN PAPER
PO BOX 3996
AGUADILLA, PR 00605

PPG ARCHITECTURAL COATINGS
PO BOX 538540
ATLANTA, GA 30353-8540

ZEE MEDICAL SERVICE
URB SAGRADO CORAZON376
SAN JUAN, PR 00926-4107

# United States Bankruptcy Court
## District of Puerto Rico

In re    **VILLAS DEL MAR HAU, INC.**                                                   Case No.
                                          Debtor(s)                     Chapter        **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **VILLAS DEL MAR HAU, INC.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

**December 22, 2015**                              **/s/ VICTOR GRATACOS-DIAZ**
Date                                              **VICTOR GRATACOS-DIAZ 127906**
                                                  Signature of Attorney or Litigant
                                                  Counsel for    **VILLAS DEL MAR HAU, INC.**
                                                  **GRATACOS LAW FIRM, P.S.C.**
                                                  **PO BOX 7571**
                                                  **CAGUAS, PR 00726**
                                                  **(787) 746-4772 Fax:(787) 746-3633**
                                                  **bankruptcy@gratacoslaw.com**